**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVAN GEFFNER and IVAN BABSIN, on
behalf of themselves, all others similarly, and
the general public,
                      Plaintiffs,

        -against-

THE COCA-COLA COMPANY,
                      Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/18
```

17 **CIVIL** 7952 (LLS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 31, 2018, Coca-Cola's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
          October 31, 2018

                                        RUBY J. KRAJICK
                                        **Clerk of Court**
                **BY:**
                                        *[signature]*
                                        **Deputy Clerk**